# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

D. MARIA SCHMIDT, as the Personal
Representative of the Wrongful Death
Estate of RUBEN GUERRA GUINONES,
Deceased,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　No. 18-cv-321-KG-KBM

NAVISTAR, INC.,

Defendant.

## ORDER TO EXCEED PAGE LIMITATIONS

Upon the parties' Unopposed Motion to Exceed Page Limitations, IT IS HEREBY ORDERED as follows:

1. Plaintiff's response to Defendant's Amended Motion to Dismiss must not exceed twenty-six (26) double-spaced pages, and

2. Defendant's reply in further support of its Amended Motion to Dismiss must not exceed fourteen (14) double-spaced pages.

_____
UNITED STATES DISTRICT JUDGE

Stipulated to and Submitted by:

**KELLY, DURHAM & PITTARD, LLP**

/s/ Justin R. Kaufman
Justin R. Kaufman

Rosalind B. Bienvenu
505 Cerrillos Road, Suite A209
Santa Fe, New Mexico 87501
(505) 986-0600
jkaufman@kdplawfirm.com
rbienvenu@kdplawfirm.com

*Attorneys for Plaintiff*

*/s/ Jeffrey M. Croasdell*
Jeffrey M. Croasdell
**RODEY, DICKASON, SLOAN, AKIN & ROBB**
PO Box 1888
Albuquerque, NM 87103-1888
(505) 765-5900
Fax: 768-7395
jcroasdell@rodey.com

*Attorneys for Defendant Navistar, Inc.*