IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. MARIA SCHMIDT, as the Personal Representative of the
Wrongful Death Estate of RUBEN GUERRA QUINONES,
Deceased,

     Plaintiff,

vs.                                          18cv321 KG/JFR

NAVISTAR, INC.,

     Defendant.

ORDER LIFTING STAY

By Memorandum Opinion and Order filed May 23, 2019, the Court certified this case for

interlocutory appeal and stayed the case pending resolution of Defendant Navistar, Inc.'s petition

for permission to pursue interlocutory appeal. (Doc. 38). Defendant filed a Petition for

Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) on June 3, 2019. (Doc. 39). On June 26,

2019, the Tenth Circuit Court of Appeals denied Defendant's petition. (Doc. 41).

IT IS, THEREFORE, ORDERED that the stay is lifted and this case shall proceed.

_____
UNITED STATES DISTRICT JUDGE