IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D. MARIA SCHMIDT, *as the*
*Personal Representative of the Wrongful Death*
*Estate of* RUBEN GUERRA QUINONES, *Deceased*,

      Plaintiff,

vs.                                                       CIV 18-0321 KG/JFR

NAVISTAR, INC.,

      Defendant.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge John F. Robbenhaar to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the *Joint Motion to Approve Settlement on Behalf of The Minor Plaintiff Beneficiary of The Estate* (Doc. 134). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                _____
                                                          UNITED STATES DISTRICT JUDGE