IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

D. MARIA SCHMIDT, as the Personal
Representative of the Wrongful Death
Estate of RUBEN GUERRA GUINONES,
Deceased,

    Plaintiff,

vs.                                                                         Civ. No. 18-321 KG/JFR

NAVISTAR, INC.,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed April 12, 2021. (Doc. 138). Objections were due by no later than April 26, 2021. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 138) is adopted.

IT IS FURTHER ORDERED that the parties' Joint Motion for Court Approval of Settlement on Behalf of the Minor Plaintiff Beneficiary of the Estate (Doc. 134) is GRANTED.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE